**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**
**BEFORE HONORABLE DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS** DATE: September 29, 1999

**CIVIL NO. 97-2393 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

---

ROBERTO GARCIA GREGORY, et al.
Plaintiffs
v.

Hon. Pedro Toledo Dávila, et al
Defendant

Attorneys: Ariel O. Caro for plaintiffs

Juan A. López Conway for Edgar Candelario;
Jo-Ann Estades Boyer for Pedro Toledo Dávila, Jorge Albino, Andrés Rosa, and José M. Figueroa;
Gustavo Gelpí for Antonio Nieves;
Camelia Fernández Romeu for Héctor López Caraballo

---

SETTLEMENT CONFERENCE was held today and counsel advised the Court that no settlement has been reached. Plaintiff made settlement demand. Defendants were granted until October 18, 1999, to inform acceptance or rejection of offer. **FURTHER SETTLEMENT CONFERENCE** is set for **October 18, 1999, at 9:00 a.m.** If settlement is not reached, Plaintiff will have 15 days as of October 18, 1999, that is, until **November 2, 1999**, to oppose Defendants' motions for summary judgment.

Karen A R

LAW CLERK

s/c: Counsel of record

N:\MINUTES\97-2393 mem

66