UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO GARCIA GREGORY et al
v.
PEDRO TOLEDO DAVILA, et al.

CASE NUMBER: 97-2393(DRD)

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: 10/25/99  Docket #69<br>[X] Plff   [X] Deft<br>[ ] Other<br><br>Title: Confidential settlement agreement | **APPROVED**<br><br>The court hereby approves the parties' confidential settlement agreement and stipulation for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Pursuant to the stipulation, the court hereby dismisses all claims by Plaintiffs against Defendants **with prejudice** and without the imposition of costs, expenses or attorneys' fees.<br>   The parties' Confidential Settlement Agreement will remain under seal until otherwise ordered by the Court.<br>   The Court retains jurisdiction for compliance with the substantive terms of the confidential settlement agreement.<br>   Defendants will deposit in an interest bearing account with the Clerk of the Court the check corresponding to Plaintiffs Roberto García Gregory, Carmen Acevedo Burgos, the conjugal partnership formed between them, and counsel Ariel Caro Pérez. Said check will be released when Plaintiff Roberto García Gregory submits adequate evidence that the State Insurance Fund will not seek subrogation as allowed by law or when the time period to exercise the State Insurance Fund's right of subrogation has elapsed without the State Insurance Fund taking any action on the subrogation.<br>   Judgment shall be entered accordingly.<br><br>This Order disposes of all pending motions for administrative purposes. (See Docket Nos. 39, 41, 44, 45, 46, 48, 49, 50, 51, 52, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, and 65) |

Date: October 29, 1999.

DANIEL R. DOMINGUEZ
U.S. District Judge

N:\97-2393.VOL