UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO GARCIA GREGORY et al
v.
PEDRO TOLEDO DAVILA, et al.

CASE NUMBER: 97-2393(DRD)

## JUDGMENT

The Court, having approved on this same date the parties' confidential settlement agreement and stipulation for voluntary dismissal, hereby enters judgment dismissing this action against defendants **with prejudice** and without imposition of costs, expenses or attorneys' fees. The Court retains jurisdiction for compliance with the substantive terms of the settlement agreement in accordance with the Order issued on this same date.

Date: October 29, 1999.

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:            EOD:

By: /s/            #71

RECEIVED AND FILED
99 NOV -2 AM 7:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

N:\97-2393.VOL