UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**ROBERTO GARCIA GREGORY**

    **Plaintiffs**

v.                            Civil No. 97-2393

**PEDRO TOLEDO, et al**

### ORDER

On October 29, 1999, the Court entered judgment of dismissal pursuant to the parties' settlement agreement and stipulation for voluntary dismissal. (Docket No. 71). On February 9, 2000, in compliance with the parties' stipulation, Defendants consigned with the Court check number 00276316 for the amount of $50,000.00. (Docket No. 72). Finally, on February 11, 2000, Plaintiffs requested from the Court to order the Clerk of the Court to issue a check for the amount of $50,000.00 payable to Mr. Roberto García Gregory, Mr. Rafael Santoni Villamar, and Mr. Ariel O. Caro Pérez, Esq. (Docket No. 73).

Plaintiffs' Motion to Withdraw Consigned Funds is hereby **GRANTED.** The Clerk of the Court will issue a check for the amount of $50,000.00 payable to Mr. Roberto García Gregory, Mr. Rafael Santoni Villamar, and Mr. Ariel O. Caro Pérez, Esq.

IT IS SO ORDERED.

March _8_, 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N\97-2393 CNS